**Appeal Dismissed and Memorandum Opinion filed August 2, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00579-CR

### ROBERT JOHN TREVINO JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1398156**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of assault of a security officer and sentenced to four years' confinement in the Institutional Division of the Texas Department of Criminal Justice on March 4, 2014. Appellant's notice of appeal was not filed until July 9, 2018.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule

of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).